UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DANIEL A. NEIDLINGER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CV414-121 |
| JOEY A. WOODWARD, | ) | |
| Defendant. | ) | |

### O R D E R

The Court having reviewed and considered the petition of Russell C. Wallace of the Wallace Law Group, P.C., 102 W. Moore Street, Valdosta, Georgia 31602, for permission to appear pro hac vice on behalf of plaintiff National Trust Insurance Company, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Russell C. Wallace as counsel of record for plaintiff National Trust Insurance Company, in this case.

**SO ORDERED** this __19th__ day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA