# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DANIEL A. NEIDLINGER, § <br> § <br> Plaintiff, § <br> vs. § <br> § <br> NATIONAL TRUST INSURANCE COMPANY, § <br> § <br> Intervenor Plaintiff, § <br> § <br> vs. § <br> § <br> JOEY A. WOODWARD, § <br> § <br> Defendant. § | Civil Action No.: CV 414-121 |

## ORDER GRANTING NATIONAL TRUST INSURANCE COMPANY'S MOTION TO INTERVENE

National Trust Insurance Company (hereinafter "National Trust"), having moved this Court for an order permitting it to intervene in the above-captioned case, and said motion being either consented to or uncontested by all parties, and it appearing to the Court that such intervention is proper pursuant to *F.R.C.P. 24(a)(2), O.C.G.A. §§ 9-11-24(a) and 34-9-11.1(b),*

IT IS HEREBY ORDERED that National Trusts's Motion to Intervene is hereby GRANTED as follows:

1. National Trust is hereby permitted to intervene in this suit as a party plaintiff, and hereinafter the caption of this case shall be as shown above.

2. The Complaint of Intervenor, attached to said Motion as "Exhibit A" shall constitute the initial pleading of the intervenor plaintiff, shall be deemed to have been filed and served as of the date which appears below, and the plaintiff and defendants in this case are required to respond to said Complaint of Intervenor as provided by law.

Intervenor Package
Neidlinger vs. Woodward
U.S. District Court, S.D.Ga., Savannah Division Case No. 4:14-CV-121

Page 6 of 12

SO ORDERED this 8TH day of December, 2014.

_____
Judge/Magistrate, U.S. District Court

Order Prepared By: _____
CHRISTIAN J. STEINMETZ III
Georgia Bar No. 278260
GANNAM, GNANN & STEINMETZ, LLC
Post Office Box 10085
Savanah, Georgia 31412-0285
Tel:    912.232.1192
Email: cjs@ggsattorneys.com
ATTORNEYS FOR INTERVENOR
NATIONAL TRUST INSURANCE COMPANY

Lead Intervenor Counsel:
(*Pro Hac Vice Motion Forthcoming*)
RUSSELL C. WALLACE
Georgia State Bar No. 734305
WALLACE LAW GROUP, P.C.
102 W. Moore St.
Valdosta, Georgia 31602
Phone: (229) 245-0090
Fax:    (229) 245-0302
Email: russell@wallacelawga.com

Intervenor Package
Neidlinger vs. Woodward
U.S. District Court, S.D.Ga., Savannah Division Case No. 4:14-CV-121

Page 7 of 12