FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 DEC 23 PM 12: 18
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DANIEL A. NEIDLINGER,

    Plaintiff and Third-Party Defendant,

NATIONAL TRUST INSURANCE COMPANY,

    Intervenor,

v.

JOEY A. WOODWARD and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendants and Third-Party Defendants.

CASE NO. CV414-121

### ORDER

Before the Court is the parties' Stipulation of Dismissal. (Doc. 40.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, all claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of December 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA